IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD HARPER**                                                            **PLAINTIFF**

v.                                             No. 4:21-cv-920-JM

**SOUTHEAST ARKANSAS EDUCATION**
**SERVICES COOPERATIVE**                                       **DEFENDANT**

## JUDGMENT

Pursuant to the order entered this day, the complaint of Richard Harper is dismissed with prejudice.

IT IS SO ORDERED 9th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE